UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-62164-CIV-DIMITROULEAS

ACCESS FOR THE DISABLED, INC.,
ROBERT COHEN, and PATRICIA KENNEDY,

    Plaintiffs,
vs.

SHANGHAI TOKYO, INC., a Florida Corporation,
and REGENCY CENTERS, L.P., A Delaware Limited
Partnership,

    Defendants.
_____/

### ORDER OF DISMISSAL OF DEFENDANT REGENCY CENTERS, L.P., FOR LACK OF PROSECUTION

THIS CAUSE is before the Court *sua sponte*.

On January 3, 2012, this Court entered an Order to Show Cause for lack of prosecution as to Defendant Regency Centers, L.P. [DE 18]. The Order required that Plaintiff file a status report on or before January 9, 2012, and further show cause why Defendant Regency Centers, L.P. should not be dismissed for a lack of prosecution. The Order stated that "[f]ailure to comply with this Order shall result in immediate dismissal of this action as to Defendant Regency Centers, L.P." The January 9, 2012 deadline has passed and Plaintiff has failed to respond to the Court's Order to Show Cause, and has failed to take any further activity in this matter.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     The above-styled case is hereby **DISMISSED AS TO DEFENDANT REGENCY CENTERS, L.P., WITHOUT PREJUDICE** for lack of prosecution.

2. This case remains pending as to Defendant Shanghai Tokyo, Inc.

3. The parties shall file their Joint Scheduling Report and Joint Discovery Report on or before January 20, 2012. See [DE 5] for details.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 10th day of January, 2012.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record