UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 11-62164-CIV-DIMITROULEAS

ACCESS FOR THE DISABLED, INC.,
ROBERT COHEN, and PATRICIA KENNEDY,

     Plaintiffs,

vs.

SHANGHAI TOKYO, INC., a Florida Corporation,
and REGENCY CENTERS, L.P., A Delaware Limited
Partnership,

     Defendant.

_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, ACCESS FOR THE DISABLED, INC., ROBERT COHEN and PATRICIA KENNEDY (collectively "Plaintiffs") and Defendant, SHANGHAI TOKYO, INC., by and through their respective counsel and pursuant to Federal Rule of Civil Procedure 41(1)(A)(ii), hereby file this Joint Stipulation of Dismissal With Prejudice as to Defendant, SHANGHAI TOKYO, INC. ("Defendant").

SCHAPIRO LAW GROUP, P.L
7050 W. Palmetto Park Road, Suite 15-271 • Boca Raton, Florida 33433 • Tel (561) 807-7388 • Fax (561) 807-7198

Respectfully submitted this 11th day of January, 2012.

Douglas S. Schapiro
Fla. Bar #54538
Schapiro Law Group, P.L
Attorneys for Plaintiffs
7050 W. Palmetto Park Road
Suite 15-271
Boca Raton, FL 33433
Tele: (561) 807-7388
Fax: (561) 807-7198
Email: schapiro@schapirolawgroup.com

Andrew J. Palmer, Esq.
Fla. Bar #54538
Palmer Law Group, P.A.
Attorneys for Shanghai Tokyo, Inc.
5353 North Federal Highway
Suite 207
Fort Lauderdale, Florida 33308
Tele: (954) 491-1300
Fax: (954) 491-1997
Email: ajpalmer@palmerlawgroup.com

## <u>CERTIFICATE OF SERVICE</u>

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on January 11, 2012.

/s/ Douglas S. Schapiro
Douglas S. Schapiro
Fla. Bar #54538
The Schapiro Law Group, P.L
Attorneys for Plaintiff
7050 W. Palmetto Park Road
Suite 15-271
Boca Raton, FL 33433
Tele: (561) 807-7388
Fax: (561) 807-7198
Email: Schapiro@schapirolawgroup.com

3